CHRIS PEDERSEN, Individually and as Agent and Representative for and in Behalf of Himself and All Other Employees of the Defendant Similarly Situated, Appellant, v. J. F. FITZGERALD CONSTRUCTION COMPANY, Respondent.— Motion by Philip B. Fleming, administrator of the Wage and Hour Division, United States Department of Labor, to file a brief amicus curiæ. Motion granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of AUGUSTA PRESS, Appellant, for Benefits under Article 18 of the Labor Law. FRIEDA S. MILLER, as Industrial Commissioner, Respondent; C. R. RIKEL AGENCY, Employer, Respondent.— Motion by employer-respondent to dismiss appeal on the ground that no notice was served on employer, denied. Motion by Attorney-General in behalf of the Industrial Commissioner to dismiss the appeal for failure to prosecute granted unless appellant perfects appeal, files and serves record and brief on or before November 1, 1941, and is ready for argument at the November, 1941, Compensation and Unemployment Insurance Appeals Calendar Term of this court commencing November 10, 1941, in which event the motion is denied. Motion by claimant-appellant for leave to prosecute appeal as a poor person on a typewritten record granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of ISIDORE ROSENBERG, Appellant, against LENZ & RIECKER, INC., and NEW YORK PRINTERS & BOOKBINDERS MUTUAL INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to prosecute appeal as a poor person on typewritten record granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of JOSEPH VAN WESS, Appellant, against NURNBERG THERMOMETER CO. and UTICA MUTUAL INSURANCE Co., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to prosecute appeal as a poor person on typewritten record granted, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. R. GORDON WHITMAN, Appellant, v. JOSEPH H. WILSON, Warden of Great Meadow State Prison, Comstock, New York, Respondent.— Motion to direct the furnishing of appellant with certified copy of minutes of his original trial denied, without costs. Application for an extension of ninety days in which to present record and brief granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of BERNARD FINE, Respondent, against PIONEER SPORTSWEAR Co. and BANKERS INDEMNITY INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of Mrs. G. FREDERICK BOND, Respondent, against SOUTH AVENUE COAL Co. and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of ANTHONY BURKIEWICZ, Appellant, against CHELSEA FIBRE MILLS and AMERICAN MUTUAL INSURANCE Co., Respondents. SPECIAL FUND FOR REOPENED CASES UNDER SECTION 25-A OF THE WORKMEN'S COMPENSATION LAW, Respondent. STATE INDUSTRIAL BOARD, Respondent.—